**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6620**

---

LINWOOD EARL CHANDLER,

Plaintiff - Appellant,

versus

A. D. NETHERLAND, Acting Captain; W. M. PENN, Lieutenant; DAVID BARNES, Doctor; L. COLLINS, Inmate Adjustment Hearing Officer; ALTON BASKERVILLE, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-01-1911)

---

Submitted: July 18, 2002          Decided: July 24, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Linwood Earl Chandler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linwood Earl Chandler, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2001). We have reviewed the record and the district court's order and agree that Chandler's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. Chandler v. Netherland, No. CA-01-1911 (E.D. Va. Mar. 12, 2002). We also deny Chandler's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2